GOLDSMITH & HULL, A P.C. File # CDCS298, CDCS299
William I. Goldsmith (SBN 82183)
Jack D. Hull (SBN 91879)
Howard D. Myers (SBN 41811)
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Telephone: (818) 990-6600
Facsimile: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

FILED
2011 DEC -8 PM 1:28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | CASE NO.: EDCV 11-1939 VAP (OPx) |
| v. | COMPLAINT ON PROMISSORY NOTE (S) |
| CHAD COLLINS, Defendant. | |

No fee due

For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF EDUCATION alleges as follow:

1. This court has jurisdiction under title 28 U.S.C. Section 1345 and Title 20 U.S.C. Section 1080, and the Defendant resides in the County of SAN BERNARDINO.

2. In consideration of student loans guaranteed by Plaintiff, Defendant executed promissory note(s), copies of which are attached hereto as Exhibit(s) "1" through "2" on the date(s) set forth on said note(s).

3. Said note(s) and all rights to the obligations undertaken therein were thereafter assigned to Plaintiff.

4. Defendant has defaulted in the payment of the obligations due under the said note(s) according the their terms.

5. Defendant owes to Plaintiff after applying all payments and proper credits the amounts hereinafter prayed for.

WHEREFORE, Plaintiff prays for judgment against Defendant as follow:

1. As to Plaintiff First Claim:

The principal amount of $2,780.39, plus interest accrued from the default to APRIL 01, 2010, in the sum of $1,865.00 with further interest at 3.28% per annum accruing at $0.25 per day until entry of judgment; with interest thereafter at the legal rate plus penalties/administrative charges of $0.00.

2. As to Plaintiff's Second Claim:

The principal amount of $18,097.51, plus interest accrued from the default to APRIL 01, 2010, in the sum of $12,126.80 with further interest at 3.28% per annum accruing at $1.63 per day until entry of judgment; with interest thereafter at the legal rate plus penalties/administrative charges of $0.00.

3.And upon all claims;

A. For cost incurred.

B. For a surcharge of ten percent of the amount of the debt owed pursuant to 28 U.S.C. Section 3011, or attorneys fees.

C. For such other and further relief as to the Court seems just.

DATED: 11/21/2011

GOLDSMITH & HULL, A P.C.

William I. Goldsmith
Attorneys for Plaintiff

# EXHIBIT "1"

STUDENT APPLICATION

553110693

APPLICATION/PROMISSORY NOTE
STAFFORD STUDENT LOAN
California Student Aid Commission, Guarantor

SUBMIT COPIES OF FORM TO SCHOOL FOR PROCESSING
STUDENT RETAINS BLUE COPY

...y for federal student aid and you purposely give false or misleading information, you may get a $10,000 fine, a prison ...nder state and federal codes.

9804340120

PRINT OR TYPE ALL ENTRIES

1. Social Security Number: [redacted]
2. Applicant's Last Name: Collins — First Name: Chad — MI: K
3. Date of Birth MO DA YR: [redacted]
4. Permanent Home Address: [redacted]
5. Home Phone: [redacted]
6. U.S. Citizenship (See Instructions): A. U.S. Citizen or National [X] B. Eligible Noncitizen [ ] C. Not A or B [ ]
If you checked B, list your Alien Registration Number: 
City / State / ZIP Code: [redacted]
7. Address and Phone While Attending School (if known): Same as above
8. State of Permanent Residence: State Code CA — Since [redacted] MO YR
9. Driver's License: State Code CA — Number [redacted]
10. Major Course of Study Code (See instructions): [ ]

11. REFERENCE REQUIREMENT—All references must be in the United States and be at different addresses.

| | 11A | 11B | 11C |
|---|---|---|---|
| | Parent or Guardian [ ] Other Adult Relative [X] | Other Parent if at different address from 11A [ ] Other Adult Relative [X] | Other Adult Relative [ ] Friend [X] |
| Name | Stephanie Jones | Mike Den Hartog | Larry Lukes |
| Home Address | [redacted] | [redacted] | [redacted] |
| City, State, ZIP Code | [redacted] | [redacted] | [redacted] |
| Phone | [redacted] | [redacted] | [redacted] |

12. Prior student loan history. List all FISL/GSL loans you have received below: (LIST MOST RECENT LOANS FIRST)

| A) Lender/Holder and Address | B) Guarantee Agency CSAC | Other | C) Total Amount Owed | D) School Period of your most recent loan (MM/DD/YY) Beginning Date | Ending Date | E) Interest Rate | | | |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | $ | | | 7% | 8% | 9% | 10% |
| | A | B | $ | | | 7% | 8% | 9% | 10% |
| | A | B | $ | | | 7% | 8% | 9% | 10% |
| | A | B | $ | | | 7% | 8% | 9% | 10% |

13. Do you have any outstanding Stafford (GSL), SLS, or PLUS loan made for a period of enrollment prior to July 1, 1988 or Consolidation loan which repaid loans made for a period of enrollment prior to July 1, 1988? Yes [ ] No [X]

14. Requested Loan Amount: I request a loan $ 2,500. — LIST AMOUNT REQUESTED AND TRANSFER TO 18. See borrowing limits and eligibility requirements.

15. Enrollment Period Covered by This Loan: From 08-93 To 05-94 (MO YR)

16. Have you ever DEFAULTED on any educational loan or do you owe a refund on any federal/state educational grant? Yes [ ] No [X]

17. Name and City/State of Lender: Bank of America NT & SA [redacted]

**PROMISSORY NOTE FOR A LOAN GUARANTEED BY THE CALIFORNIA STUDENT AID COMMISSION**

**PROMISE TO PAY** I, the undersigned student borrower identified above, PROMISE TO PAY to the order of my lender or to a subsequent holder, all of the LOAN AMOUNT REQUESTED (Item 14 above)

$ 2,500 .00

18. Indicate the dollar amount requested—must be same as item 14

or amount advanced to me, plus amounts described on the reverse side of this Note and listed for me on the Disclosure Statement which I will receive no later than when I receive my loan check(s). My signature certifies that I have read, understood and agreed to the conditions and authorizations stated in the "BORROWER CERTIFICATION STATEMENT" on the reverse side of this note.

I understand that this is a promissory note. I will not sign this note before reading it including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this promissory note, the disclosure statement and any agreements I sign. By signing this note I acknowledge that I have received an exact copy of this document.

19 X Chad Collins — SIGNATURE OF STUDENT-BORROWER — 20 9-20-93 DATE

NOTICE TO STUDENT-BORROWER Read TERMS OF PROMISSORY NOTE on reverse side.

**PART B—COMPLETED BY FINANCIAL AID OFFICER** — PRINT OR TYPE ALL ENTRIES

21. School Code: 001272 — A CALS [ ]
22. Name and Address of School: FINANCIAL AIDS OFFICE SAN BERNARDINO VALLEY COLLEGE [redacted]
23. Enrollment Status: Full Time [X] Half Time or Greater [ ] Less Than Half Time [ ]
24. Anticipated Completion Date: 6-94 (MO YR)
25. Grade Level: UNDERGRAD VOCATIONAL 1 [ ] 2 [X] 3 [ ] 4 [ ] 5 [ ] — GRAD or PROFESSIONAL 6 [ ] 7 [ ] 8 [ ] 9 [ ] 10 [ ] — COR 0 [ ]
26. Dependency Status: Dependent [ ] Independent [X]
27. Enrollment Period Covered by Loan: From [redacted] To [redacted] (MO DA YR)
28. Family Adjusted Gross Income: $ 6596.—
29. Estimated Cost of Attendance of Loan Period: $ 6043.—
30. Estimated Financial Aid for Loan Period: $ 888.—
31. Expected Family Contribution: $ 1930.—
32. NET COST: $ 3225.—
33. Disbursement Date(s): [redacted] [redacted]

My signature certifies that I have read and agreed to the conditions given in the School Certification Statement printed on the REVERSE of this application.

34. Signature of Authorized School Official: X Maria Trujillo — MARIA TRUJILLO Financial Aid Specialist SEP 21 1993 — Print Name, Title, Date

**PART C—COMPLETED BY LENDER** — PRINT OR TYPE ALL ENTRIES

35. Lender Code/Name
36. Signature of Authorized Lending Official: X [signature] — Print Name, Title, Date
37. Loan Amount: $
38. %
39. Anticipated Date(s)
40. Disbursement Amount(s): $ / $ / $

L-1 (8/91)

LENDER COPY

# TERMS OF THE PROMISSORY NOTE

All rights, title and interest of the California Student Aid Commission is hereby assigned in favor of the United States Department of Education by the execution of this endorsement.
Patricia A. Newman
EDFUND Asst Vice President
Defaulted Assets Mgmt Branch
California Student Aid Commission
P.O. Box 419032
Rancho Cordova, CA 95741-9032
SEP 22 '08
Signature

B CHARGES AND COSTS

B 1 INTEREST

(1) [illegible] interest as specified in (4), on the unpaid principal balance [illegible] principal sum and accrued interest are paid in full (2) However, [illegible] will pay the interest that accrues on this loan prior to [illegible] it is determined that I qualify to have such payments made on [illegible] Guaranteed Student Loan Programs. In the event that the [illegible] the lender nor other holder of this Note may attempt [illegible] I may, however, choose to pay this interest myself (3) Once the repayment [illegible] responsible for payment of all interest that accrues on this loan except that if the interest [illegible] the repayment period was payable by the Secretary, the Secretary will pay [illegible] described under DEFERMENT in this Promissory Note (4) The [illegible] following (a) If I have an outstanding Stafford loan(s) on the [illegible] will be the same as the applicable interest rate on the [illegible] Stafford loan(s) but I do have an outstanding balance [illegible] made for enrollment periods beginning before July 1 [illegible] made for enrollment period(s) beginning before that [illegible] (c) If I have no outstanding balance on any Stafford [illegible] before July 1 1988, or on any Consolidation loan(s) [illegible] period(s) beginning before that date the applicable interest rate on [illegible] year of my repayment status and will be 10 percent [illegible] (d) The applicable interest rate (s) until the end of the [illegible] beginning with the fifth year of my repayment status [illegible] I may also receive rebates of interest if required by the Higher Education Act of 1965 as amended when the applicable interest rate is 10 percent (f) The lender or other holder of this note may add accrued unpaid interest to the unpaid principal balance (capitalization) of this loan in accordance with [illegible] of the California Student Aid Commission

B 2 ORIGINATION FEE

I will pay [illegible] fee authorized by federal law, and [illegible] proportionally from each [illegible] The lender may withhold this fee from my loan. If any loan disbursement check is returned uncashed [illegible] within 120 days from disbursement date I will be entitled to a refund [illegible] fee [illegible] This rate is subject to change [illegible] My disclosure statement [illegible] Negotiation of the check(s) constitutes [illegible] of the fee.

B 3 INSURANCE PREMIUM

I will pay to [illegible] the amount the lender [illegible] to pay to the Commission to obtain insurance coverage on this loan. The premium is used [illegible] against loss in the event that default on this loan. If the lender does not withhold the [illegible] principal amount of [illegible] already paid the premium [illegible] separately [illegible] insurance premium is deducted proportionately from each disbursement. No part of this fee is refunded to me unless the check is returned [illegible] within 120 days from disbursement [illegible] disclosure statement will [illegible] Negotiation of the check constitutes acceptance of the fee.

B 4 LATE CHARGES

If permitted by state law, my lender may collect from me a late charge if I fail to pay all or part of a required installment payment within 10 days after it is due or if I fail to provide written evidence that verifies my eligibility to have payment deferred as described under Section [illegible] of this note. A late charge may not exceed [illegible] late installment.

B 5 OTHER COSTS

If I fail to pay any amounts when they are due, I also will pay [illegible] charges and other costs - including attorney fees or other collection costs - that are permitted by federal and state law and regulations for collection of these amounts. If referred for collection to an agency that is subject to the Fair Debt Collection Practices Act, I will pay those collection costs which do not exceed 25 percent of the unpaid principal and accrued interest.

C TERMS OF REPAYMENT

I will repay the principal and accrued interest on this loan within 10 years in periodic installment payments during the repayment period that will begin no later than the end of my grace period. My grace period is the period that will begin when I stop carrying at least one-half the normal full-time work load at a school that is participating in the Guaranteed Student Loan Programs. The length of my grace period will be given to me when I receive my loan check identifies the length of my grace period. The repayment period lasts at least five but not more than 10 years after the beginning of the repayment period. However, the following exceptions to these rules apply:

1. If, during the grace period, I request a shorter repayment period, the lender may grant me a shorter period.
2. The lender may require a repayment period shorter than five years if this [illegible] during each year of the repayment period I [illegible] (if both my spouse and I [illegible] toward principal and interest at least [illegible] whichever is less.
3. If I receive postponement of my payments during any period described under DEFERMENT in this Promissory Note, or if the lender grants forbearance, those periods will not be included in the five- and 10-year periods mentioned above.

The particular terms and conditions of repayment that apply to this loan will be set forth in a separate document known as repayment disclosure that the lender will provide to me normally just before the repayment period begins.

D ACCELERATION/DEFAULT

Default means the failure of a borrower to make an installment payment when due, or to meet other terms of the promissory note under circumstances where the Secretary or guarantee agency finds it reasonable to conclude that the borrower no longer intends to honor the obligation to repay, provided that this failure persists for (1) 180 days for a loan repayable in monthly installments, or (2) 240 days for a loan repayable in less frequent installments. If I default, (a) the lender may declare the entire unpaid amount of the loan, including accrued interest, immediately due and payable; (b) the lender, holder or guarantee agency may [illegible] have a lender [illegible] agencies the information about the default; (c) I will be ineligible to receive assistance from any federal programs: Pell Grant, Byrd Scholarship, Supplemental Educational Opportunity Grant, College Work Study, State Student Incentive Grant, Perkins Loan (formerly National Direct/Defense Student Loan), Stafford loan, Supplemental Loans for Students (SLS/ALAS loan), PLUS loan, Consolidation loan, or Income Contingent Loans.

E CREDIT BUREAU NOTIFICATION

[illegible] loan and its repayment will be reported to a national credit bureau [illegible] the lender, holder or guarantee agency will also report the default to a national credit [illegible] This may [illegible] adversely affect my ability to obtain other credit.

F BANKRUPTCY

[illegible] bankruptcy proceedings are commenced by or against me, I agree to notify the California Student Aid Commission [illegible] occurrence within 20 days of the filing of a petition. (Mail notice to Commission, Bankruptcy Unit, California Loan Programs, P.O. Box 510832, Sacramento, CA 94245-0832.)

G PREPAYMENT

I may, at my option and without penalty, prepay all or any part of the principal or accrued interest of this loan at any time. If I do so, I will be entitled to a rebate of any unearned interest that I have paid.

H REPAYMENT BY DEPARTMENT OF DEFENSE

[illegible] military personnel may have their loans repaid by the Secretary of Defense, [illegible] Department of Defense Authorization Act, 1981 (P.L. 96-342, 10 U.S.C. [illegible]) should be addressed to the local recruiter for the services involved.

I REPAYMENT BY THE STATE OF CALIFORNIA

Under certain conditions the Assumption Program of Loans for Education (APLE), administered by the Commission, may assume (repay) portions of my loan in exchange for teaching service in designated critical shortage subject areas. Contact: APLE Coordinator, California Student Aid Commission, P.O. Box 510624, Sacramento, CA 94245-0624.

J. DEFERMENT OF REPAYMENT

As set forth in federal regulations and statutes governing this program, under certain conditions I may defer payment of principal on my loan after the repayment period begins provided that I request and receive written approval for the deferment from my lender. I must provide written evidence of my eligibility and notify my lender as soon as the condition for the deferment no longer exists.

The following deferments are available to all Stafford loan borrowers:

1 While I am engaged in periods of—

(a) Full-time study at a school that is participating in the Guaranteed Student Loan Programs, or at an institution of higher education or vocational school operated by the federal government, (i.e. service academies), provided that I am a citizen or national of the United States or am studying at a school located in the United States.
(b) Study under an eligible graduate fellowship program.
(c) Study under an eligible rehabilitation training program for disabled individuals.

2 For periods not exceeding 36 months (for each of the following) while I am—

(a) On active duty status in the United States Armed Services or serving as an officer in the Commissioned Corps of the United States Public Health Service.
(b) Serving as a full-time volunteer under the Domestic Volunteer Service Act of 1973 (i.e. ACTION), if I have agreed to serve for a term of at least one year.
(c) Serving as a full-time volunteer, which the Secretary of Education has determined is comparable to service in the Peace Corps or ACTION programs, or an organization exempt from taxation under Section 501(c)(3) of the Internal Revenue Code of 1954 as amended, or
(d) Temporarily totally disabled, as established by a signed certification of a qualified physician, or unable to secure employment because I am caring for a spouse or dependent who is temporarily totally disabled, as established by a signed certification of a qualified physician.

3 For periods not exceeding 24 months (for each of the following) while I am—

(a) Serving in an eligible internship program, or
(b) Conscientiously seeking but unable to find full-time employment in the United States.

(NOTE: Once a borrower receives a six-month post-deferment grace period following an authorized unemployment deferment (on loans made prior to October 1, 1981), the borrower does not qualify for additional post deferment grace periods following subsequent unemployment deferment periods.)

4 For periods not exceeding six months while I am—

(a) Pregnant or caring for a newborn child or caring for a child immediately following placement of the child through adoption, provided I am not attending school nor gainfully employed. In order to qualify for this deferment, I must have been enrolled within the last six months, at least half-time in a school participating in the Guaranteed Student Loan Programs.

In addition to the above deferments, the following deferments are also available to a Stafford loan borrower who has no outstanding balance on a [illegible] PLUS, SLS or Consolidation loan on the date he or she signs the promissory note (new borrower) [illegible] who receives a loan either (1) for a period of enrollment beginning on or after July 1, 1987, or [illegible] after [illegible] 1987.

5 While I am engaged in a period of—

(a) Half-time study at a school that is participating in the Guaranteed Student Loan Programs provided I am a citizen or national of the United States or am studying at a school located in the United States, if I receive a loan under the Stafford or SLS program for that enrollment period.
(b) Graduate fellowship program [illegible] a foreign university that has an accepted recognized international fellowship program.

6 For periods not exceeding 36 months (for each of the following) while I am—

(a) An active duty member of the National Oceanic and Atmospheric Administration Corps, or
(b) Engaged as a full-time teacher ([illegible] hours or more) in a [illegible] private nonprofit elementary or secondary school in a teacher shortage area designated by the Secretary of Education.

7 Periods not exceeding 12 months, if I am a—

(a) Mother with preschool age children, am entering or [illegible] the workforce, and am being paid no more than $1.00 above the minimum wage prescribed [illegible] the Fair Labor Standards Act of 1938, as amended.

K. MODIFICATION OF REPAYMENT TERMS

If I am unable to repay this loan in accordance with Terms of Repayment (Section C of this note), I may request the lender to modify these terms. At its option, the lender may allow any of the following types of FORBEARANCE:

1. A short period of time during which payments are waived.
2. A reasonable extension of time for making payments.
3. Making smaller payments than were originally scheduled.

I understand that I am responsible for payment of interest during this period. The lender may (a) collect interest from me on a periodic basis or (b) accrue and add (capitalize) interest to the principal balance of the loan. If I am serving in a medical internship or residency program and I have exhausted my eligibility for a deferment, I may request a forbearance for the remainder of the program.

BORROWER'S CERTIFICATION STATEMENT

I declare and certify under penalty of perjury under the laws of the United States that Part A (Student Section) is true, complete and correct to the best of my knowledge and belief and is made in good faith. I authorize the release of any information on this application/promissory note to all parties administering this loan, including schools, lenders, [illegible] state and federal agencies, the U.S. Department of Education [illegible] disclosure to the California Student Aid Commission [illegible] the name and address of my employer [illegible] collection of this loan, by federal and state agencies [illegible] Department of Education, Internal Revenue Service [illegible] State Personnel Board, Employment Development Department and Department of Motor Vehicles.

I certify [illegible] educational expenses for the enrollment period listed on this application [illegible] I understand that I must repay all funds that I receive directly [illegible] any interest that may accrue for which I am responsible. I further understand that I must repay any funds which cannot reasonably be attributed to meeting my educational expenses. If I am due a refund from the school [illegible] school to pay directly to my lender any refund or portion of refund [illegible] that may be due to me. I certify that the total amount of loans received [illegible] Student Loan Programs (Title IV, Part B, [illegible]) as amended will not exceed the [illegible] I further certify that I do not now owe a refund on any federal or state grant program and [illegible] default on any educational loan at any educational institution. I authorize my lender to [illegible] delivering the proceeds on my loan, in full or multiple disbursements, to be sent to my school and [illegible] payable to me or jointly payable (at my lender's option) to me and the school which has certified this application. I authorize the lending institution to perform a credit examination on me if required by the lender in order to originate my loan. I further authorize my lender, subsequent holder or agent to contact me at my known address and/or references in order to collect from me the amount I owe. I have read and understood the "Statements of Rights and Responsibilities" supplied with this application/note. I understand I must notify my lender in writing within 10 days if my enrollment status, name, or address change before my loan is repaid.

SCHOOL CERTIFICATION STATEMENT:

I hereby declare and certify under penalty of perjury of the laws of the United States that the information provided in Part B (School Section) of this application is true, complete and correct to the best of my knowledge and belief, and is made in good faith. I further certify that the institution is in compliance with all the applicable provisions of the Higher Education Act of 1965, as amended, and the rules, regulations and policies of the Guaranteed Student Loan Programs and the California Student Aid Commission.

# EXHIBIT "2"

# Application and Promissory Note for Fe[illegible] (subsidized and unsubsidized)

[illegible]or misrepresentation on this form is [illegible]der the United States Criminal Code

553110693

Guarantor or Program Identification

9803790109

CALIFORNIA STUDENT AID COMMISSION
(916) 445-0880

## Borrower Section

*Please print neatly or type. Read the instructions carefully.*

1. Last Name: COLLINS  First Name: CHAD  MI: K
2. Social Security Number: [redacted]
3. Permanent Street Address (If P.O. Box, see instructions.): [redacted]  City: [redacted]  State / Zip Code: [redacted]
4. Telephone Number: ( [redacted] )
5. Loan Period (Month/Year) From: 08/95 To: 05/96
6. Driver's License Number (List state abbreviation first.): [redacted]
7. Lender Name: BANK OF AMERICA  City / State / Zip Code: [redacted]
8. Lender Code, if known: 800720
9. Date of Birth (Month/Day/Year): [redacted]
10. References: You must provide two separate references with different U.S. addresses. The first reference should be a parent or legal guardian (if living). Both references must be completed fully.

| | 1. | 2. |
|---|---|---|
| Name | Cynthia Jones | Stephanie Jones |
| Permanent Address | [redacted] | [redacted] |
| City, State, Zip Code | [redacted] | [redacted] |
| Area Code/Telephone | [redacted] | [redacted] |
| Relationship to Borrower | friend | friend |

## Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible (see instructions). ☒ a. Subsidized Federal Stafford ☒ b. Unsubsidized Federal Stafford
12. I request a total amount under these loan types not to exceed (see instructions for loan maximums): My school will certify my eligibility for each loan type for which I am applying. The amount and other details of my loan(s) will be described to me in a disclosure statement. $ 5744 .00
13. If I check yes, I am requesting postponement (deferment) of repayment for my Stafford and prior SLS loan(s) during the in-school and grace periods. If I check no, I do not want to defer repayment. ☐ a. Yes, I want a deferment ☐ b. No, I do not want a deferment
14. If I check yes, I am requesting that the lender add the interest on my unsubsidized Stafford and prior SLS loan(s) which accrues during the in-school and deferment periods, to my loan principal (capitalization). If I check no, I prefer to pay the interest. ☐ a. Yes, I want my interest capitalized ☐ b. No, I prefer to pay the interest
15. If my school participates in electronic funds transfer (EFT), I authorize the school to transfer the loan proceeds received by EFT to my student account. ☒ a. Yes, transfer funds ☐ b. No, do not transfer funds

## Promissory Note

*Continued on the reverse side.*

Promise to Pay: I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities Statement.

**THIS IS A LOAN(S) THAT MUST BE REPAID.**

16. Borrower's Signature: Chad K. Collins  Today's Date (Month/Day/Year): 7-17-95

## School Section

*To be completed by an authorized school official.*

17. School Name: UNIVERSITY OF SOUTHERN CALIFOR
18. Street Address: OFFICE OF FINANCIAL AID  City / State / Zip Code: LOS ANGELES CA 90089-0914
19. Loan Period (Month/Day/Year) From: 08/30/95 To: 05/09/96
20. Grade Level: 2
21. Enrollment Status (Check one) ☒ Full Time ☐ At Least Half Time
22. Anticipated Completion (Graduation) Date (Month/Day/Year): 08/30/98
23. School Code/Branch: 001328 00
24. Cost of Attendance: $ 28194 00
25. Federal Expected Family Contribution: $ 0 [illegible]
26. Estimated Financial Aid: $ 22450 .00
27. Certified Loan Amounts: a. Subsidized $ 3500 .00  b. Unsubsidized $ 2244 .00
28. Telephone Number: ( [redacted] ) [redacted]
29. Recommended Disbursement Date(s) (Month/Day/Year): 1st 08/20/95  2nd 01/02/96  3rd  4th
30. School Certification (See box on the reverse side.): ELECTRONIC SCHOOL CERTIFICATION
Signature of Authorized School Official
Print or Type Name and Title
Date: 06/29/95
Check box if electronically transmitted to guarantor: ☐

## Lender Section

*To be completed by an authorized lending official.*

31. Lender Name: BANK OF AMERICA  Street Address: PO BOX 12229  City: KILLEEN  State: TX  Zip Code: 76547-2229
32. Lender Code/Branch: 800720
33. Telephone Number: ( [redacted] ) [redacted]
34. Lender Use Only: [redacted]5801
35. Amount(s) Approved: a. Subsidized $ 3500 .00  b. Unsubsidized $ 2244 .00
36. Signature of Authorized Lending Official: Delicia H Smith  Print or Type Name, Title and Date: D. Smith LD OPS Rep 7/22/95

1/31/94  S95119482  ASGU-4(N)  **1st - Lender Original**

# Promissory Note *(continued)*

### Disclosure of Terms

This Note applies to subsidized and unsubsidized Federal Stafford Loans. I agree that the lender or any subsequent holder may assign my loan(s) and acknowledge that either loan may be assigned independently of the other loan to which this Note applies

At or before the time of my first disbursement, the lender will send me a disclosure statement identifying additional terms of each loan Important additional information is also disclosed in the statement of Borrower's Rights and Responsibilities accompanying this Note

### Interest

Unless my lender notifies me in writing of a lower rate(s), the rate(s) of interest for my loan(s) are those specified in the Higher Education Act of 1965, as amended, and applicable U.S. Department of Education regulations (collectively referred to as the Act). The rate is presented in the statement of Borrower's Rights and Responsibilities.

Interest accrues on the unpaid principal balance of each loan from the date of disbursement by the lender until the entire principal balance is paid in full I agree to pay all interest charges on my unsubsidized Federal Stafford Loans. I agree to pay all interest charges on my subsidized Federal Stafford Loans except interest paid by the federal government under the Act

Unless I have requested to pay the interest that accrues on my unsubsidized Federal Stafford Loan, I agree to add it to the principal balance of my loan (referred to as capitalization) or to begin paying interest upon disbursement. If I fail to make required payments of interest before the beginning of principal repayment, or during a period of authorized deferment or forbearance, I agree that the holder may capitalize such interest to the extent permitted by the Act.

### Origination Fee and Guarantee Fee

For each loan, the federal government charges an origination fee equal to the amount required by the Act. The guaranty agency that guarantees my loan(s) (the guarantor) may charge a guarantee fee not to exceed a maximum amount specified in the Act I will pay these fees, as identified in the disclosure statement, which will be deducted proportionately from each disbursement of my loan(s) I understand the origination and guarantee fees are refundable only if a disbursement is cancelled or repaid in full within 120 days of disbursement.

### Late Charges and Collection Costs

If I fail to make any part of an installment payment within 10 days after it becomes due, the holder may collect from me a late charge not to exceed 6% of each late installment If I default on a loan(s), I shall pay reasonable collection fees and costs, plus court costs and attorney fees.

### Repayment

I am obligated to repay the full amount of the loan(s) and accrued interest. Federal Stafford Loans have a repayment grace period, usually until six months after I end enrollment as at least a half-time student at an eligible school. My grace period will be disclosed in my disclosure statement.

I will repay the principal of my loan(s) in periodic installments during a repayment period(s) that begins on the day immediately following the end of my grace period. My principal repayment period for each loan generally lasts five years but may not exceed 10 years, exclusive of any period of deferment or forbearance.

The holder of my loan(s) will provide me with a repayment schedule that identifies my payment amounts and due dates. The minimum annual payment required on all my Federal Stafford, PLUS, and SLS Loans is $600 or the amount of interest due and payable, whichever is larger. If I am eligible and I request it, my lender must provide me with a graduated or income-sensitive repayment schedule consistent with the provisions of the Act.

My repayment schedule may include all of my Federal Family Education Loans that are owned by the holder of this Note. I agree that the holder may grant me a forbearance for purposes of aligning payment dates on my loans or to eliminate a delinquency that persists even though I am making scheduled payments.

I may prepay all or any part of the unpaid balance on my loans at any time without penalty. If I do not specify which loans I am prepaying, the holder will determine how to apply the prepayment.

### Acceleration and Default

At the option of the holder, the entire unpaid balance shall become immediately due and payable upon the occurrence of any one of the following events (i) I fail to enroll as at least a half-time student at the school that certified my Application, (ii) I fail to use the proceeds of the loan(s) solely for educational expenses; (iii) I make a false representation(s) that results in my receiving a loan(s) for which I am not eligible; or (iv) I default on the loan(s).

The following events shall constitute a default on a loan: (i) I fail to pay the entire unpaid balance after the holder has exercised its option under the preceding paragraph; or (ii) I fail to make installment payments when due, or fail to comply with other terms of the loan(s), and the guarantor reasonably concludes I no longer intend to honor my repayment obligation, provided my failure has persisted for at least 180 days for payments due monthly or 240 days for payments due less frequently than monthly. If I default, the guarantor may purchase my loan; and capitalize all then-outstanding interest into a new principal balance, and collection fees will become immediately due and payable.

If I default, this will be reported to national credit bureau organizations and will significantly and adversely affect my credit history. I acknowledge that a default shall have additional adverse consequences to me as disclosed in the statement of Borrower's Rights and Responsibilities. Following default, the loan(s) may be subject to income-contingent repayment (including potential collection of amounts in excess of the principal and interest) in accordance with the Act.

### Governing Law and Notices

The terms of this Note will be interpreted in accordance with the Higher Education Act of 1965, as amended [20 U.S.C 1070 et seq.], other applicable federal statutes and regulations, and the guarantor's policies. Applicable state law, except as preempted by federal law, may provide for certain borrower rights, remedies, and defenses in addition to those stated in this Note.

If this loan is made by the school, or if the proceeds of this loan are used to pay tuition and charges of a for-profit school that refers loan applicants to the lender, or that is affiliated with the lender by common control, contract, or business arrangement, any holder of this Note is subject to all claims and defenses which I could assert against the school. My recovery under this provision shall not exceed the amount I paid on this loan.

If I reside in the state in which the principal office of the guarantor is located, the guarantor may sue to enforce this loan in the county in which the guarantor's office is located. However, if I object to being sued there and I mail a written objection to the guarantor that is postmarked no later than 30 days after I am served with the suit, the guarantor will either have the court transfer the suit to the county in which I live or will dismiss the lawsuit

Any notice required to be given to me will be effective if mailed by first class mail to the latest address I have provided to the holder of this Note, or if the holder reasonably determines that this address is no longer my address, to the latest address secured by the holder from the Department of Education or other reliable source. Failure by the holder to enforce or insist on compliance with any term on this Note shall not be a waiver of any right of the holder. No provision of this Note may be modified or waived except in writing. If any provision of this Note is determined to be unenforceable, the remaining provisions shall remain in force

### Borrower Certification and Authorization

I declare under penalty of perjury that the following is true and correct:

(1) I certify that the information contained in the Borrower Section of the Application is true, complete, and correct to the best of my knowledge and belief and is made in good faith

(2) I certify that I will immediately repay any loan proceeds that cannot reasonably be attributed to educational expenses for attendance on at least a half-time basis at the certifying school for the loan period certified on the Application.

(3) I certify that the total amount of loans I receive under this Note will not exceed the allowable maximums under the Act

(4) I certify that I do not now owe a refund on a Federal Pell Grant, Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant, or a State Student Incentive Grant and that I am not now in default on any loan received under the Federal Perkins Loan Program (including NDSL loans), the Federal Direct Loan Program, or the Federal Family Education Loan Program (or "FFELP" as defined in the statement of Borrower's Rights and Responsibilities) or, if I am in default, I have made payment arrangements that are satisfactory to the holder.

(5) I authorize my school to pay to the holder any refund, that may be due to me, up to the amount of the loan(s)

(6) I authorize the holder(s) of my loan(s), the guarantor, or their agents, to investigate my credit record and report information concerning my loan status to proper persons and organizations

(7) I authorize the release of information pertinent to this loan: (i) by the school, current holder, and the guarantor, or their agents, to members of my immediate family unless I submit written directions otherwise; and (ii) by and amongst my schools, lenders, guarantors, subsequent holders, the Department of Education, and their agents.

(8) So that the loan(s) requested can be approved, I authorize the Department of Education to send any information about me that is under its control, including information from the Free Application for Federal Student Aid, to state agencies and nonprofit organizations that administer financial aid programs under the FFELP.

All right, title and interest of the [illegible] California Student Aid Commission [illegible] United States Department of Education [illegible] endorsement.

Patricia A. Newman
EDFUND Asst Vice President
Defaulted Assets Mgmt. Branch
California Student Aid Commission
P.O. Box 419032
Rancho Cordova, CA 95741-9032
SEP 22 00
Signature

All right, title and interest of the undersigned is hereby assigned (without recourse except the [illegible] warranties) to: [illegible] Student Loan Marketing Association [illegible] Sallie Mae Servicing Corporation [illegible] Authorized Agent
By: [signature] Authorized Agent
Date: 10/22/98

### School Certification

I hereby certify that the borrower named on this Application is accepted for enrollment on at least a half-time basis and is making satisfactory progress in a program that is eligible for the loan type(s) certified I certify that the student is an eligible borrower in accordance with the Act. I further certify that the borrower's eligibility for a Pell Grant has been determined, that the borrower is not incarcerated, and that the borrower has been determined eligible for loan(s) in the amount(s) certified. I further certify that the disbursement schedule complies with the requirements of the Act and hereby authorize the guarantor to adjust disbursement dates if necessary to ensure compliance with the Act. I further certify that, based on records available and due inquiry, the borrower has met the requirements of the Selective Service Act, that the borrower is not liable for an overpayment of any federal grant made under the Act, and that the information provided in the Borrower and the School Sections of the Application (including information supplied in electronic format) is true, complete, and accurate to the best of my knowledge and belief. I agree to provide the borrower with confirmation of any transfer of funds through EFT to the borrower's student account.

# Application and Promissory Note for Federal Stafford Loans *(subsidized and unsubsidized)*

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

Guarantor, Program Identification
CALIFORNIA STUDENT AID COMMISSION
9803790110

## Borrower Section

***Please print neatly or type. Read the instructions carefully.***

1. Last Name: COLLINS  First Name: CHAD  MI: K
2. Social Security Number:
3. Permanent Street Address (If P.O. Box, see instructions.)
City / State / Zip Code
4. Telephone Number
5. Loan Period (Month/Year) From: 08/96 To: 05/97
6. Driver's License Number (List state abbreviation first.)
7. Lender Name: BANK OF AMERICA  City  State  Zip Code
8. Lender Code, if known: 800720
9. Date of Birth (Month/Day/Year)
10. References: You must provide two separate references with different U.S. addresses. The first reference should be a parent or legal guardian (if living). Both references must be completed fully.

| | 1. | 2. |
|---|---|---|
| Name | LA Vida Den Hartog | Stephanie Jones |
| Permanent Address | | |
| City, State, Zip Code | | |
| Area Code/Telephone | ( | |
| Relationship to Borrower | Sister | friend |

## Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible (see instructions): [X] a. Subsidized Federal Stafford [X] b. Unsubsidized Federal Stafford
12. I request a total amount under these loan types not to exceed (see instructions for loan maximums): My school will certify my eligibility for each loan type for which I am applying. The amount and other details of my loan(s) will be described to me in a disclosure statement. $ 10,500 .00
13. If I check yes, I am requesting postponement (deferment) of repayment for my Stafford and prior SLS loan(s) during the in-school and grace periods. If I check no, I do not want to defer repayment. [X] a. Yes, I want a deferment [ ] b. No, I do not want a deferment
14. If I check yes, I am requesting that the lender add the interest on my unsubsidized Stafford and prior SLS loan(s) which accrues during the in-school and deferment periods, to my loan principal (capitalization). If I check no, I prefer to pay the interest. [X] a. Yes, I want my interest capitalized [ ] b. No, I prefer to pay the interest
15. If my school participates in electronic funds transfer (EFT), I authorize the school to transfer the loan proceeds received by EFT to my student account. [X] a. Yes, transfer funds [ ] b. No, do not transfer funds

Continued on the reverse side.

## Promissory Note

Promise to Pay: I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

THIS IS A LOAN(S) THAT MUST BE REPAID.

16. Borrower's Signature: Chad K. Collins  Today's Date (Month/Day/Year): 7-29-96

## School Section

*To be completed by an authorized school official.*

17. School Name: UNIVERSITY OF SOUTHERN CALIFOR
18. Street Address: OFFICE OF FINANCIAL AID
City: LOS ANGELES  State: CA  Zip Code: 90089-0914
19. Loan Period (Month/Day/Year) From: 08/28/96 To: 05/08/97
20. Grade Level: 3
21. Enrollment Status (Check one.) [X] Full Time [ ] At Least Half Time
22. Anticipated Completion (Graduation) Date (Month/Day/Year): 08/30/98
23. School Code/Branch: 001328 00
24. Cost of Attendance: $ 29,044 .00
25. Federal Expected Family Contribution: $ 0 .00
26. Estimated Financial Aid: $ 18,544 .00
27. Certified Loan Amounts: a. Subsidized $ 5,500 .00  b. Unsubsidized $ 5,000 .00
28. Telephone Number
29. Recommended Disbursement Date(s) (Month/Day/Year): 1st 08/18/96  2nd 12/30/96  3rd  4th
30. School Certification (See box on the reverse side.): ELECTRONIC SCHOOL CERTIFICATION
Signature of Authorized School Official
Print or Type Name and Title
Date: 06/20/96  Check box if electronically transmitted to guarantor: [ ]

## Lender Section

*To be completed by an authorized lending official.*

31. Lender Name: BANK OF AMERICA
Street Address
City  State  Zip Code
32. Lender Code/Branch: 800720
33. Telephone Number
34. Lender Use Only: 00132800000000188
35. Amount(s) Approved: a. Subsidized $ .00  b. Unsubsidized $ .00
36. Signature of Authorized Lending Official  Print or Type Name, Title, and Date

1/31/94  S96113614  1st - Lender Original

# Promissory Note *(continued)*

## Disclosure of Terms

This Note applies to subsidized and unsubsidized Federal Stafford Loans. I agree that the lender or any subsequent holder may assign my loan(s) and acknowledge that either loan may be assigned independently of the other loan to which this Note applies.

At or before the time of my first disbursement, the lender will send me a disclosure statement identifying additional terms of each loan. Important additional information is also disclosed in the statement of Borrower's Rights and Responsibilities accompanying this Note.

## Interest

Unless my lender notifies me in writing of a lower rate(s), the rate(s) of interest for my loan(s) are those specified in the Higher Education Act of 1965, as amended, and applicable U.S. Department of Education regulations (collectively referred to as the Act). The rate is presented in the statement of Borrower's Rights and Responsibilities.

Interest accrues on the unpaid principal balance of each loan from the date of disbursement by the lender until the entire principal balance is paid in full. I agree to pay all interest charges on my unsubsidized Federal Stafford Loan. I agree to pay all interest charges on my subsidized Federal Stafford Loan except interest payable by the federal government under the Act.

Unless I have requested that the interest that accrues on my unsubsidized Federal Stafford Loan be added to the principal balance of my loan (referred to as capitalization), I will begin paying interest upon disbursement. If I fail to make required payments of interest before the beginning of principal repayment, or during a period of authorized deferment or forbearance, I agree that the holder may capitalize such interest to the extent permitted by the Act.

All rights, title and interest of the California Student Aid Commission is hereby assigned in favor of the United States Department of Education by the execution of this endorsement.

Patricia A. Roman
EdFUND Assistant Vice President
Default Assignment Branch
California Student Aid Commission
P.O. Box 419032
Rancho Cordova, CA 95741-9032

## Origination Fee and Guarantee Fee

For each loan the federal government charges an origination fee equal to the amount required by the Act. The guaranty agency that guarantees my loan(s) (the guarantor) may charge a guarantee fee not to exceed the maximum amount specified in the Act. I will pay these fees as identified in the disclosure statement, which will be deducted proportionately from each disbursement of my loan(s). I understand the origination and guarantee fees are refundable only if a disbursement is cancelled or repaid in full within 120 days of disbursement.

## Late Charges and Collection Costs

If I fail to make any part of an installment payment within 10 days after it becomes due, the holder may collect from me a late charge not to exceed 6% of each late installment. If I default on a loan(s), I shall pay reasonable collection fees and costs, plus court costs and attorney fees.

SEP 2 2 '05

Patricia A. Roman
Signature

## Repayment

I am obligated to repay the full amount of the loan(s) and accrued interest. Federal Stafford Loans have a repayment grace period, usually until six months after I end enrollment as at least a half-time student at an eligible school. My grace period will be disclosed in my disclosure statement.

I will repay the principal of my loan(s) in periodic installments during a repayment period(s) that begins on the day immediately following the end of my grace period. My principal repayment period for each loan generally lasts five years but may not exceed 10 years, exclusive of any period of deferment or forbearance.

The holder of my loan(s) will provide me with a repayment schedule that identifies my payment amounts and due dates. The minimum annual payment required on all my Federal Stafford, PLUS, and SLS Loans is $600 or the amount of interest due and payable, whichever is larger. If I am eligible and I request it, my lender must provide me with a graduated or income-sensitive repayment schedule consistent with the provisions of the Act.

My repayment schedule may include all of my Federal Family Education Loans that are owned by the holder of this Note. I agree that the holder may grant me a forbearance for purposes of aligning payment dates on my loans or to eliminate a delinquency that persists even though I am making scheduled payments.

I may prepay all or any part of the unpaid balance on my loans at any time without penalty. If I do not specify which loans I am prepaying, the holder will determine how to apply the prepayment.

## Acceleration and Default

At the option of the holder, the entire unpaid balance shall become immediately due and payable upon the occurrence of any one of the following events: (I) I fail to enroll as at least a half-time student at the school that certified my Application; (II) I fail to use the proceeds of the loan(s) solely for educational expenses; (III) I make a false representation(s) that results in my receiving a loan(s) for which I am not eligible; or (IV) I default on the loan(s).

The following events shall constitute a default on a loan: (I) I fail to pay the entire unpaid balance after the holder has exercised its option under the preceding paragraph; or (II) I fail to make installment payments when due, or fail to comply with other terms of the loan(s), and the guarantor reasonably concludes I no longer intend to honor my repayment obligation, provided my failure has persisted for at least 180 days for payments due monthly or 240 days for payments due less frequently than monthly. If I default, the guarantor may purchase my loan, and capitalize all then-outstanding interest into a new principal balance, and collection fees will become immediately due and payable.

If I default, this will be reported to national credit bureau organizations and will significantly and adversely affect my credit history. I acknowledge that a default shall have additional adverse consequences to me as disclosed in the statement of Borrower's Rights and Responsibilities. Following default, the loan(s) may be subject to income-contingent repayment (including potential collection of amounts in excess of the principal and interest) in accordance with the Act.

## Governing Law and Notices

The terms of this Note will be interpreted in accordance with the Higher Education Act of 1965, as amended [20 U.S.C. 1070 et seq.], other applicable federal statutes and regulations, and the guarantor's policies. Applicable state law, except as preempted by federal law, may provide for certain borrower rights, remedies, and defenses in addition to those stated in this Note.

If this loan is made by the school, or if the proceeds of this loan are used to pay tuition and charges of a for-profit school that refers loan applicants to the lender, or that is affiliated with the lender by common control, contract, or business arrangement, any holder of this Note is subject to all claims and defenses which I could assert against the school. My recovery under this provision shall not exceed the amount I paid on this loan.

If I reside in the state in which the principal office of the guarantor is located, the guarantor may sue to enforce this loan in the county in which the guarantor's office is located. However, if I object to being sued there and I mail a written objection to the guarantor that is postmarked no later than 30 days after I am served with the suit, the guarantor will either have the court transfer the suit to the county in which I live or will dismiss the lawsuit.

Any notice required to be given to me will be effective if mailed by first class mail to the latest address I have provided to the holder of this Note, or if the holder reasonably determines that this address is no longer my address, to the latest address secured by the holder from the Department of Education or other reliable source. Failure by the holder to enforce or insist on compliance with any term on this Note shall not be a waiver of any right of the holder. No provision of this Note may be modified or waived except in writing. If any provision of this Note is determined to be unenforceable, the remaining provisions shall remain in force.

All right, title and interest of the lender is hereby assigned to: California Student Aid Commission except that the ...

Sallie Mae Servicing Corporation Under Delegation of Authority from the Student Loan Marketing Association, Authorized Servicing Agent for Sallie Mae Student Loan Trust

Authorized Agent
10/22/98

## Borrower Certification and Authorization

I declare under penalty of perjury that the following is true and correct:

(1) I certify that the information contained in the Borrower Section of the Application is true, complete, and correct to the best of my knowledge and belief and is made in good faith.

(2) I certify that I will immediately repay any loan proceeds that cannot reasonably be attributed to educational expenses for attendance on at least a half-time basis at the certifying school for the loan period certified on the Application.

(3) I certify that the total amount of loans I receive under this Note will not exceed the allowable maximums under the Act.

(4) I certify that I do not now owe a refund on a Federal Pell Grant, Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant, or a State Student Incentive Grant and that I am not now in default on any loan received under the Federal Perkins Loan Program (including NDSL loans), the Federal Direct Loan Program, or the Federal Family Education Loan Program (or "FFELP" as defined in the statement of Borrower's Rights and Responsibilities) or, if I am in default, I have made payment arrangements that are satisfactory to the holder.

(5) I authorize my school to pay to the holder any refund, that may be due to me, up to the amount of the loan(s).

(6) I authorize the holder(s) of my loan(s), the guarantor, or their agents, to investigate my credit record and report information concerning my loan status to proper persons and organizations.

(7) I authorize the release of information pertinent to this loan: (I) by the school, current holder, and the guarantor, or their agents, to members of my immediate family unless I submit written directions otherwise; and, (II) by and amongst my schools, lenders, guarantors, subsequent holders, the Department of Education, and their agents.

(8) So that the loan(s) requested can be approved, I authorize the Department of Education to send any information about me that is under its control, including information from the Free Application for Federal Student Aid, to state agencies and nonprofit organizations that administer financial aid programs under the FFELP.

## School Certification

I hereby certify that the borrower named on this Application is accepted for enrollment on at least a half-time basis and is making satisfactory progress in a program that is eligible for the loan type(s) certified. I certify that the student is an eligible borrower in accordance with the Act. I further certify that the borrower's eligibility for a Pell Grant has been determined, the borrower is not incarcerated, and that the borrower has been determined eligible for loan(s) in the amount(s) certified. I further certify that the disbursement schedule complies with the requirements of the Act and hereby authorize the guarantor to adjust disbursement dates if necessary to ensure compliance with the Act. I further certify that, based on records available and due inquiry, the borrower has met the requirements of the Selective Service Act, that the borrower is not liable for an overpayment of any federal grant made under the Act, and that the information provided in the Borrower and the School Sections of the Application (including information supplied in electronic format) is true, complete, and accurate to the best of my knowledge and belief. I agree to provide the borrower with confirmation of any transfer of funds through EFT to the borrower's student account.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

**EDCV11- 1939 VAP (OPx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[X] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
UNITED STATES OF AMERICA

**DEFENDANTS**
CHAD COLLINS

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
SAN BERNARDINO

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
GOLDSMITH & HULL A.P.C.
16933 PARTHENIA ST., STE 110
NORTHRIDGE CA, 91343
(818) 990-6600 FAX:(818) 990-6140
govdept1@goldsmithcalaw.com

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES -** For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ 34,869.70

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
COMPLAINT ON FEDERALLY INSURED STUDENT LOAN- DEPARTMENT OF EDUCATION TITLE 20 U.S.C. SECTION 1071 AND TITLE 20 U.S.C. SECTION 1080

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities /Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☒ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**TORTS PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

EDCV11-1939

**FOR OFFICE USE ONLY:** Case Number: ____________________.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
- ☐ B. Involve the same or substantially the same parties or property;
- ☐ C. Involve the same patent, trademark or copyright;
- ☐ D. Call for determination of the same or substantially identical questions of law, or
- ☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☒ Check here if the U.S. government, its agencies or employees is a named plaintiff.

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

SAN BERNARDINO

**List the California County**, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

SAN BERNARDINO

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** ______ **Date** 11/21/2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |